```
                                    ABC PROCESS SERVICE, INC.
                                    Attorney:
                                    JOHN WARE UPTON, ESQ.
                                    Index No. 07CV4603
                                    Date Filed  05/31/2007
                                    Office No. JWU01ONEB
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WALTER LIPSCOMB

               (PLAINTIFF)

      against

               (DEFENDANT)

THE CITY OF NEW YORK, ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:

JOSHUA NAVARRETTE   being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 12 day of June 2007  at  3:52  PM , at

1 POLICE PLAZA;NEW YORK, NY 10038 % NEW YORK CITY DEPT
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF RELATEDNESS upon
LIEUTENANT MICHAEL CASEY
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF RELATEDNESS
with a person of suitable age and discretion: to wit MR. BROADRICK, CO-WORKER
Deponent described Person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

1. Sex  MALE , Color WHITE, Hair BROWN, app.age 38 YRS, app.ht 6'3", app.wt 210 LBS
That on the 14 day of June 2007 I deposited in the U.S. mails a true copy of the
SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF RELATEDNESS
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(B) (place of business marked personal and confidential)
1 POLICE PLAZA;NEW YORK, NY 10038 % NEW YORK CITY DEPT
BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 14
day of June 2007

BRIAN C. McMAHON
Notary Public, State of New York
No. 01MC6155852
Qualified in New York County
Commission Expires Nov. 20, 2010

JOSHUA NAVARRETTE
License No.: 1232814      :bb