```
                              ABC PROCESS SERVICE, INC.
                              Attorney:
                              JOHN WARE UPTON, ESQ.
                              Index No. 07CV4603
                              Date Filed 05/31/07
                              Office No. JWU01ONE
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

WALTER LIPSCOMB
                                              (PLAINTIFF)
                against
                                              (DEFENDANT)
THE CITY OF NEW YORK, ETAL;
_____

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:
JOSHUA NAVARRETTE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 12 day of June 2007 at 3:52 PM , at

1 POLICE PLAZA;NY, NY 10038 % NEW YORK CITY POLICE DEPT
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF
RELATEDNESS upon
DEPUTY INSPECTOR THERESA SHORTELL
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF RELATEDNESS
with a person of suitable age and discretion: to wit MR. BROADRICK, CO-WORKER
Deponent described Person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

Sex  MALE , Color WHITE, Hair BROWN, app.age 38 YRS, app.ht 6'3", app.wt 210
LBS
That on the 14 day of June 2007 I deposited in the U.S. mails a true copy of the
SUMMONS IN A CIVIL CASE, COMPLAINT & DEMAND FOR JURY TRIAL, STATEMENT OF RELATEDNESS
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(B) (place of business marked personal and confidential)
1 POLICE PLAZA;NY, NY 10038 % NEW YORK CITY POLICE DEPT
BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.
That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes or the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 14
day of June 2007

                                    _____
                                    JOSHUA NAVARRETTE
                                    License No.: 1232814     :bb

BRIAN C. McMAHON
Notary Public, State of New York
No. 01MC6155852
Qualified in New York County
Commission Expires Nov. 20, 2010