UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

WALTER LIPSCOMB,

              Plaintiff,              07 Civ. 4603(PKC)(FM)

    -against-

THE CITY OF NEW YORK, DEPUTY         **AFFIDAVIT OF SERVICE**
INSPECTOR THERESA SHORTELL,
LIEUTENANT MICHAEL CASEY, AND        **ECF CASE**
SERGEANT VINCENT GRAVELLI,

              Defendants.

------------------------------------X

    John Ware Upton, an attorney licensed to practice law in this Court, swears as follows:

    1.  I am over 18 years of age, not a party in this case, and reside in the State of New York.

    2.  On Friday, June 8, 2007, I served the Complaint, Statement of Relatedness, Summons, Individual Rules of Hon. Lewis Kaplan, and ECF Rules on the City of New York by placing same in the hand of Gary Jean-Gilles, Docket Clerk and agent designated for receipt of legal papers at the Office of the Corporation Counsel for the City of New York, 100 Church St., New York, N.Y. 1007.

Dated: New York, New York
      July 2, 2007

                                                      _____
                                                      JOHN WARE UPTON

Sworn to before me this 2d
day of July, 2007

JOEL A. SIEGEL
Notary Public, State of New York
No. 24-4833865
Qualified in Kings County
Commission Expires 4/30/2011