UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WALTER LIPSCOMB,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, DEPUTY INSPECTOR THERESA SHORTELL, LIEUTENANT MICHAEL CASEY, AND SERGEANT VINCENT GRAVELLI,

                                 Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 4603 (PKC)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, now assigned to represent defendant City of New York in the above-referenced action.

      Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that I be noted as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
                July 3, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendant
                                        100 Church Street, Room 2-300
                                        New York, N.Y. 10007
                                        (212) 788-0924

                                        By:     _____
                                                   Andrez Carberry (AC 4267)
                                                   Assistant Corporation Counsel

To:     John Ware Upton (By Mail)
          *Attorney for Plaintiff*

07 CV 4603 (PKC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER LIPSCOMB,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, DEPUTY INSPECTOR THERESA SHORTELL, LIEUTENANT MICHAEL CASEY, AND SERGEANT VINCENT GRAVELLI,

                                        Defendants.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-300*
*New York, New York 10007-2601*

*Of Counsel: Andrez Carberry*
*Tel.: 212-788-0924*
*Matter No.: 2007-018335*

*Due and timely service is hereby admitted.*

New York, N.Y. .........................., 200....

.................................... *Esq.*

Attorney for............... ....................................