

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

July 2, 2007

# MEMO ENDORSED

Hon. P. Kevin Castel
United State District Judge
U.S. District Court
Southern District of New York
500 Pearl St.
New York N.Y. 10007

BY FACSIMILE    (212-805-7949)

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 TEL
212.233.9713 FAX

Re:    Walter Lipscomb v. City of New York, et al.
       07 Civ. 4603 (PKC)(FM)

Dear Judge Castel:

I represent the plaintiff in this case and write concerning the conference scheduled by the Court for July 27, 2007.

As the Court it aware, following the scheduling of this conference, counsel for the City requested additional time to resolve representation issues with the individual defendants, and said request was granted on consent. Defendants' answers are now due on August 13, 2007.

In light of the fact that the representation issues may not yet be resolved, and the fact that I will be out of the country on vacation until July 30th, I propose that the conference be re-scheduled to a date after August 13th.

Thank you.

Respectfully,

John Ware Upton

cc: Andrez Carberry, Assistant Corporation Counsel  (212-788-0940)

*[Handwritten annotation:]* Conference adjourned from July 27 to September 7, 2007 at 12:00 p.m.
SO ORDERED
USDJ
7-5-07