```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

WALTER LIPSCOMB,

                Plaintiff,              07 Civ. 4603(   )

        -against-

THE CITY OF NEW YORK, DEPUTY            AFFIRMATION OF SERVICE
INSPECTOR THERESA SHORTELL,
LIEUTENANT MICHAEL CASEY, AND           ECF CASE
SERGEANT VINCENT GRAVELLI,

                Defendants.

---------------------------------------X
```

JOHN WARE UPTON, ESQ., under penalty of perjury, swears as follows:

1. I am not a party to the above-entitled action, am over 18 years old and reside at 111 E. 85 St., New York, New York.

2. On October 4, 2007, I served the Complaint, Demand for Jury, Judge's Rules and Summons on the defendant Vincent Gravelli by personally handing said documents to Evan Gluck, Agency Attorney, Legal Dept., New York City Police Department, One Police Plaza, New York, NY, who was authorized by defendant to receive said service.

Dated: New York, New York
       October 4, 2007

                                        _____
                                        JOHN WARE UPTON (JU 9065)
                                        70 Lafayette St. 7th Fl.
                                        New York, N.Y.  10013
                                        (212) 233-9300

Sworn to before me this
4th day of October, 2007.

_____
Notary Public

JOEL A. SIEGEL
Notary Public, State of New York
No. 24-4833865
Qualified in Kings County
Commission Expires April 20, 2011