**MEMO ENDORSED**

November 1, 2007

Hon. P. Kevin Castel
United State District Judge
U.S. District Court
Southern District of New York
500 Pearl St.
New York N.Y. 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

BY FACSIMILE (212-805-7949)

Re: Walter Lipscomb v. City of New York, et al.
07 Civ. 4603 (PKC)(FM)

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 TEL
212.233.9713 FAX

Dear Judge Castel:

I represent the plaintiff in this case and write to request a pre-motion conference relative to plaintiff's intention to move to file an amended complaint.

The status of the case is that each side has served discovery requests but depositions have not begun.

The proposed Amended Complaint adds facts but no parties or claims. Plaintiff provided defense counsel with a copy of the proposed Amended Complaint on October 19th but the defense has not determined whether or not to consent.

I request the Court schedule a conference or a phone conference on this matter.

Thank you.

Respectfully,

*[signature]*

John Ware Upton

cc: Andrez Carberry, Assistant Corporation Counsel (212-788-0940)

*[Handwritten endorsement:]* Defendant should respond in writing to this letter by November 8 (via fax). SO ORDERED. *[signature]* 11-1-07