USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

January 10, 2008

Hon. P. Kevin Castel
United State District Judge
U.S. District Court
Southern District of New York
500 Pearl St.
New York N.Y. 10007

**MEMO ENDORSED**

RECEIVED
JAN 15 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re:   Walter Lipscomb v. City of New York, et al.
      07 Civ. 4603 (PKC)(FM)

Dear Judge Castel:

JOHN WARE UPTON
ATTORNEY AT LAW
70 LAFAYETTE STREET
NEW YORK, NY 10013
212.233.9300 TEL
212.233.9713 FAX

I represent the plaintiff in this case and write to request a second extension of the discovery deadlines.

On September 29, 2007, plaintiff served his First Interrogatories and Requests for Documents. The response has still not arrived. Opposing counsel has informed me that he has received some documents from the NYPD but that additional work must be done before a production will be made. I request that the Court order that the response be served on or before Wednesday, January 23, 2008.

In the absence of the documents, we have not been able to commence the depositions.

In light of all the above, I request that the Court extend the discovery deadline five weeks from January 31st to March 7th and the expert witness deadline from February 22nd to April 11th.

Andrez Carberry, of the Corporation Counsel, opposes the January 23rd date.

Finally, I inform the Court that plaintiff has suggested to defendants that a mediation session such as is referred to in Case Management Order be held during the hiatus which we have had in the case, however defendants have stated that they wish to wait until after the depositions have been held.

Page 2

Thank you for your attention to this matter.

Respectfully,

John Ware Upton

cc: Andrez Carberry, Assistant Corporation Counsel

*[Handwritten note:]* Interrogatory responses and objections are due Feb 5. Fact discovery extended to March 7. Expert discovery to April 11. Feb 29 conference is vacated. Next conference is March 28 at 11 am.

SO ORDERED.

[signature] USDJ
1-15-08