|  |  |  |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ANDREZ CARBERRY<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Phone: (212) 788-0924<br>Fax: (212) 788-0940<br>E-mail: acarberr@law.nyc.gov |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

February 6, 2008

**VIA FACSIMILE**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  Lipscomb v. City of New York, et al.
           Docket No. 07-CV-4603 (PKC) (FM)

Dear Judge Castel:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants, the City of New York, Deputy Inspector Theresa Shortell, Sergeant Vincent Gravelli and Lieutenant Michael Casey (collectively "Defendants") in the above-referenced matter.

      I write on behalf of defendants to request a two-week extension of defendants deadline to respond to plaintiff's first set of interrogatories and request for documents from February 5, 2008 to February 19, 2008; and to request a 45 day extension of the fact discovery deadline in this matter from March 7, 2008 until April 21, 2008. Plaintiff's counsel consents to the instant application.

      Although I have worked diligently to respond to plaintiff's first set of interrogatories and document request by the Court imposed deadline of February 5, 2008, a family medical emergency necessitated my absence from work from January 28, 2008 through February 5, 2008. Accordingly, I was unable to coordinate the relevant information to formulate defendants' responses to plaintiff's first set of interrogatories and request for documents. In addition, the depositions which were previously scheduled to start this week have also been postponed to allow plaintiff's counsel adequate time to receive and review defendants responses to plaintiff's first set of interrogatories and request for documents.

Moreover, plaintiff's counsel has advised me that he will be out of the office from March 18 to March 31, 2008 and would respectfully request the grant of this application to afford all parties adequate time to complete discovery.

Accordingly, the parties jointly propose the following revised discovery schedule: fact discovery in this matter is extended from March 7, 2008 until April 21, 2008, expert discovery extended until May 26, 2008, the post-discovery conference scheduled for March 28, 2008 at 11:00am should be rescheduled until after the proposed May 26, 2008 discovery deadline. Since the filing of the Amended Complaint in this matter, one previous request for this relief has been sought by the plaintiff, no previous request for this relief has been made by defendants.

Respectfully submitted,

Andrea Carberry (AC 4260)
Assistant Corporation Counsel

cc: John Ware Upton (Electronic Mail)
Attorney for Plaintiff
70 Lafayette Street
New York, New York 10013
(212) 233-9300

*[Handwritten annotations by the Court:]* Interrogatory addendum due Feb 29 Mfm. Fact discovery extended to April 21. Expert discovery extended to May 26. Conference scheduled for March 28 is rescheduled to April 25, 2008 at 11:00am.

SO ORDERED.
/s/ USDJ
2-7-08

- 2 -