UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

WALTER LIPSCOMB,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

----------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/20/08

07 Civ. 4603(PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        I have John Ware Upton's letter of March 18, 2008 describing a series of discovery disputes. Mr. Upton is ordered to telephone Andrez Carberry, counsel for defendants, to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow the outstanding discovery disputes, including discussion of an appropriate joint application for an extension of the discovery period.

        Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than April 11, 2008 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing.

The foregoing procedure is to be followed if any future disputes arise.

SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
March 19, 2008