UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
WALTER LIPSCOMB,
                      Plaintiff,
        -against-
THE CITY OF NEW YORK, et al.,
                      Defendants.
------------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4603 **(PKC) (FM)**

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_x_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

____ Discovery Dispute.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

        Particular Motion:_____

        All such motions: ____

==========================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
             April 25, 2008

                                               Hon. P. Kevin Castel
                                               United States District Judge