USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WALTER LIPSCOMB

                        Plaintiff(s),         07 Civ. 4603 (PKC)(FM)

  -against-

THE CITY OF NEW YORK, et al,      ORDER
                    Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

      As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. The plaintiff's counsel failed to comply with my order requiring a joint letter by April 24. Plaintiff's counsel failed to appear at today's conference which was set on an order dated February 7, 2008.

2. By 10:00 AM April 29, 2008, Mr Upton is to fax a letter to chambers explaining his absence and his failure to comply with the joint letter requirement.

3. I will refer the pending discovery dispute and the General Pretrial Supervision of this matter to Judge Maas who is empowered to extend the discovery cut off.

4. Following the completion of the pretrial conference, I returned to Chambers to find a letter from Mr. Upton purporting to explain his failure to comply with the Joint Letter requirement. It does not endeavor to explain his absence from the conference. I leave this and all pretrial matters to Judge Maas.

6. The next conference in this matter will be held on _____, 200_ at _____.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York

4-25-08