UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                         :

WALTER LIPSCOMB,

                                  :      **SCHEDULING ORDER**

               Plaintiff,

                                  :      07 Civ. 4603 (PKC)(FM)

     -v.-

                                  :

THE CITY OF NEW YORK, et al.,

                                  :

             Defendants.

                                  :
-----------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      Counsel are directed to appear for a conference in this matter on May 8, 2008, at 9:30 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

      Requests for adjournment must be made in **writing**, at least 48 hours prior to the conference.

      SO ORDERED.

Dated:  New York, New York
           April 28, 2008

                                                                    FRANK MAAS
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

Copies to:

Honorable P. Kevin Castel
United States District Judge

John W. Upton, Esq.
John Ware Upton, Esq.
70 Lafayette Street, 7th Floor
New York, New York 10013
Via Facsimile @(212) 233-9713

Andrez S. Carberry, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
Via Facsimile @(212) 788-0940