USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WALTER LIPSCOMB,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, DEPUTY
INSPECTOR THERESA SHORTELL
LIEUTENANT MICHAEL CASEY, AND
SERGEANT VINCENT GRAVELLI,

                Defendants.

------------------------------------------------------------x

**ORDER**

07 Civ. 4603 (PKC)(FM)

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. The parties shall comply with the Court's discovery and other rulings at the conference.

2. On or before June 20, 2008, the defendants shall produce documents and responses to interrogatories.

3. On or before August 22, 2008, all fact depositions shall be completed. The defendants may not take the plaintiff's deposition until one week after defendants have completed document production.

      4.      A telephone conference shall be held on August 6, 2008, at 10 a.m. Counsel for plaintiff shall initiate the conference by calling chambers at (212) 805-6727.

      SO ORDERED.

Dated:      New York, New York
               May 8, 2008

                                                FRANK MAAS
                                  United States Magistrate Judge

Copies to:

Hon. P. Kevin Castel
United States District Judge

John Ware Upton, Esq.
Fax: (212) 233-9713

Andrez S. Carberry, Esq.
Assistant Corporation Counsel
New York City Law Department
Fax: (212) 788-0940