Wednesday, May 21, 2008     **MEMO ENDORSED**

Walter R. Lipscomb
458 Prospect Place, apt. 1F
Brooklyn, NY 11238

Hon. P. Kevin Castel
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl St.
New York N.Y. 10007



Re: Walter Lipscomb v. City of New York, et al.
07 Civ. 4603 (PKC)(FM)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

Dear Honorable Judge Castel:

I am writing this letter to request an extension of the deadlines pertinent to the submission of information and documents relative to my case. Due to unforeseen circumstances, 1 am requesting the additional time to gather information and handle important matters necessary to settling my case in an expeditious manner.

Please contact me at your earliest convenience to advise me of you decision regarding my request. I can be reached at the above address. Thank you in advance for your cooperation in this matter.

Best regards,

*Walter R. Lipscomb*

Walter R. Lipscomb

cc: Andrez Carberry, Assistant Corporation Counsel

*[Handwritten memo endorsement:] This case has been assigned to Magistrate Judge Maas for General Pretrial Supervision and Mr. Lipscomb's application for additional time should be directed to Judge Maas. You that Mr. Lipscomb, to the extent Mr. Lipscomb would at the address counsel and proceed pro se, seek to discharge counsel the matter should be addressed to Judge Maas. SO ORDERED. [signature], USDJ 5-27-08*

Wednesday, May 21, 2008

Walter R. Lipscomb
458 Prospect Place, apt. 1F
Brooklyn, NY 11238

Andrez Carberry
100 Church St. Room 2-300
New York NY 10007

Re: Lipscomb v. City of New York
07 Civ. 4603 (PKC) (FM)

Dear Mr. Carberry:

I am writing this letter to request that you cease from sending any correspondence relative to my case to John Upton. Mr. Upton will no longer be affiliated with this case.

Please forward all future correspondence and documentation to my address until advised to do otherwise. Your cooperation is greatly appreciated in this matter.

Best regards,


Walter R. Lipscomb


cc: Judge P. Kevin Castel, United States District Judge