USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WALTER LIPSCOMB,                                :

               Plaintiff,         :

     - against -                              :

THE CITY OF NEW YORK, DEPUTY          :
INSPECTOR THERESA SHORTELL
LIEUTENANT MICHAEL CASEY, AND    :
SERGEANT VINCENT GRAVELLI,

                                  :

               Defendants.

                                  :
------------------------------------------------------------x

**ORDER**

07 Civ. 4603 (PKC)(FM)

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

    1.    John W. Upton, Esq. is relieved of any further duty of representation with respect to plaintiff Walter Lipscomb.

    2.    Mr. Lipscomb shall cause his successor counsel to file a notice of appearance on his behalf by June 24, 2008.

    3.    A further telephone conference shall be held on July 1, 2008, at 11 a.m. If a notice of appearance has been timely filed, successor counsel shall initiate the call; otherwise, counsel for defendants shall initiate the conference by calling chambers at (212) 805-6727.

4. Mr. Lipscomb is cautioned that if successor counsel has not filed a notice of appearance by June 24, 2008, the Court will likely require him to proceed pro se.

SO ORDERED.

Dated: New York, New York
June 3, 2008

FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. P. Kevin Castel
United States District Judge

Walter R. Lipscomb
458 Prospect Place
Apartment 1F
Brooklyn, New York 11238

John Ware Upton, Esq.
Fax: (212) 233-9713

Andrez S. Carberry, Esq.
Assistant Corporation Counsel
New York City Law Department
Fax: (212) 788-0940