Andrew A. Rowe (AR-3581)
25 Washington Street, Suite 303
Brooklyn, New York 11201
Telephone: (718) 407-0970
Fax: (718) 213-4160
E-Mail: arowelaw@comcast.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WALTER LIPSCOMB                                    Case No.07-CV-4603

                Plaintiffs,

  -against-                                              **APPEARANCE OF**
                                                                **ANDREW A. ROWE**

THE CITY OF NEW YORK, DEPUTY INSPECTOR
THERESA SHORTELL, LIEUTENANT MICHAEL
CASEY, and SARGEANT VINCENT GRAVELLI

                Defendants,

---

To the Clerk of this Court and all Parties of Record:
Please enter my appearance as counsel in this case for the Plaintiff.

Dated: Brooklyn, NY
         June 23, 2008

                                                    Respectfully submitted,

                                                    By: /s/_____
                                                        Andrew A. Rowe (AR-3581)