USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WALTER LIPSCOMB,

              Plaintiff,

- against -

THE CITY OF NEW YORK, DEPUTY
INSPECTOR THERESA SHORTELL
LIEUTENANT MICHAEL CASEY, AND
SERGEANT VINCENT GRAVELLI,

              Defendants.

------------------------------------------------------------x

**ORDER**

07 Civ. 4603 (PKC)(FM)

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By July 18, 2008, plaintiff's counsel shall submit a draft amended complaint to defense counsel. If defense counsel consents to its filing, the parties shall submit a stipulation to that effect by July 25, 2008. If defense counsel does not consent, plaintiff shall serve and file his motion to amend the complaint by July 25, 2008, defendants shall serve and file their opposition papers by August 4, 2008, and plaintiff may serve and file a reply by August 11, 2008.

2. All fact depositions shall be completed by September 19, 2008.

3. Because Mr. Lipscomb seeks to assert an FMLA claim, he shall execute and return revised medical releases within one week after his counsel receives them from Corporation Counsel.

4. The telephone conference originally scheduled for August 6, 2008, is cancelled and a further telephone conference shall be held on September 22, 2008, at 10 a.m. Counsel for plaintiff shall initiate the conference by calling chambers at (212) 805-6727.

SO ORDERED.

Dated: New York, New York
July 1, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. P. Kevin Castel
United States District Judge

Andrew A. Rowe, Esq.
Fax: (718) 213-4160

Andrez S. Carberry, Esq.
Assistant Corporation Counsel
New York City Law Department
Fax: (212) 788-0940